■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELIGIO ESPINAL, Appellant. [696 NYS2d 885] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Friedman, J.), rendered March 19, 1997, convicting him of criminal sale of a controlled substance in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the court did not deny him an opportunity to establish an entrapment defense

when it refused to compel disclosure at trial of the identity of a confidential informant. The informant was neither a witness nor a participant in the crime (*see, People v Cole,* 224 AD2d 540).

The defendant's remaining contentions are without merit. Santucci, J. P., Thompson, Sullivan and Smith, JJ., concur.